# IN THE SUPREME COURT OF THE STATE OF NEVADA

KESHONE OWENS,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 84725

FILED

JUN 09 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from the "Decision and Order Vacating Order of February 2, 2022." Because no statute or court rule permits an appeal from such an order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:  Hon. Erika D. Ballou, District Judge
Keshone Owens
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

22-18428